UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON,      PRISONER
V.                         3:01cv1597
DEMERJIAN,                 March 23, 2007

FILED
2007 MAR 28 P 2:23
U.S. DISTRICT COURT
BRIDGEPORT, CT

MOTION TO WAIVED COURT COST IN THE PLAINTIFF FORMA PAUPERIS IFP STATUS

The Plaintiff Respectfully ask the Court to waived court cost in the plaintiff Forma Pauperis IFP status based on the fact that the plaintiff can't afford to pay and obtain IFP status in his formas Pauperis because the plaintiff financial status is not stable and unable to receive any funds from the out world for more than six months. The plaintiff inmate account has insufficient funds and the plaintiff has no money to buy small amenities of life which he has permitted to acquire in prison or hospital behond the food, clothing, and lodging already furnished by the federal systems and state systems. Please find plaintiff's affidavit attached with this motion.

The Plaintiff
Bristout Bourguignon

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BRISTOUT BOURGUIGNON,          3:01 CV 1597
V.
DEMERJIAN                       March 23, 2007

AFFIDAVIT that Plaintiff unable to PAY Cost Court FEE'S IN IFP STATUS

Plaintiff Bristout Bourguignon, being duly sworn deposes and say:

1. I am the pro se plaintiff in the above entitle matter.

2. The plaintiff can't afford to pay and obtain IFP status in his Forma Pauperis status.

3. The plaintiff financial status is not stable and unable to receive any funds from the outside world at this time.

4. The plaintiff inmate account has 00 dollar balance.

5. The plaintiff has no money to buy small amenities of life which he has permitted to acquire in prison or hospital beyond the food, clothing, and lodging already furnished by the federal systems and state systems.

                                    The Plaintiff

11/21/2006 13:59                DEPARTMENT OF CORRECTIONS                  Page   10 Of 11
GAR9                       CONNECTICUT DEPARTMENT OF CORRECTION             OTRTASTA
                           T R U S T   A C C O U N T   S T A T E M E N T   4.14.1.4

Case 3:01-cv-01597-JCH    Document 6    Filed 03/28/2007    Page 3 of 3

DOC:  0000265860      Name: BOURGUIGNON, BRISTOUT JEAN        DOB: 04/27/1960
LOCATION: 136-A

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 09/20/2006 | CEC | CEC SAL ORD #4109262 | 1.64 | 5.14 |
| 09/29/2006 | FOIR | Freedom of Information Requests 136 | ( 3.00) | 2.14 |
| 10/12/2006 | DSP | ASH /Rg:1 7 @0.75    09/29/2006-10/05/2006 ASH /Rg:1 5 @0.75 10/06/2006-10/12/2006 | 9.00 | 11.14 |
| 10/12/2006 | DED | DSP-PAY Deduction-PLRA-02022001 | ( 1.80) | 9.34 |
| 10/23/2006 | CRS | CRS SAL ORD #4209789 D2 | ( 7.68) | 1.66 |
| 10/26/2006 | DSP | ATW /Rg:1 7 @0.75    10/13/2006-10/19/2006 ATW /Rg:1 7 @0.75 10/20/2006-10/26/2006 | 10.50 | 12.16 |
| 10/26/2006 | DED | DSP-PAY Deduction-PLRA-02022001 | ( 2.10) | 10.06 |
| 10/31/2006 | CRS | CRS SAL ORD #4227289 D2 | ( 8.07) | 1.99 |
| 11/06/2006 | WPOS | Postage 136 | ( 1.59) | 0.40 |
| 11/13/2006 | DSP | ATW /Rg:1 7 @0.75    10/27/2006-11/02/2006 ATW /Rg:1 7 @0.75 11/03/2006-11/09/2006 | 10.50 | 10.90 |
| 11/13/2006 | DED | DSP-PAY Deduction-PLRA-02022001 | ( 2.10) | 8.80 |
| 11/15/2006 | WPOS | Postage 136 | ( 1.83) | 6.97 |
| 11/15/2006 | CRS | CRS SAL ORD #4257903 D2 | ( 6.45) | (0.52) |

TRANSACTION DESCRIPTIONS --            MANDATORY SAVINGS  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --                  BONDS  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --                   PLRA  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 04/12/2001 | DED | Deduction-PLRA-02022001 | 15.00 | 15.00 |
| 04/24/2001 | DED | Deduction-PLRA-02022001 | 15.00 | 30.00 |
| 05/14/2001 | DED | Deduction-PLRA-02022001 | 8.00 | 38.00 |
| 07/12/2001 | DED | Deduction-PLRA-02022001 | 30.00 | 68.00 |
| 08/07/2001 | OT | Sub-Account Transfer | 4.43 | 72.43 |
| 09/10/2001 | DED | Deduction-PLRA-02022001 | 2.10 | 74.53 |
| 09/24/2001 | DED | Deduction-PLRA-02022001 | 2.10 | 76.63 |
| 10/25/2001 | DED | Deduction-PLRA-02022001 | 10.00 | 86.63 |
| 10/29/2001 | DED | Deduction-PLRA-02022001 | 0.45 | 87.08 |
| 01/10/2002 | DED | Deduction-PLRA-02022001 | 2.00 | 89.08 |
| 05/07/2002 | DED | Deduction-PLRA-02022001 | 10.00 | 99.08 |
| 05/20/2002 | DED | Deduction-PLRA-02022001 | 60.00 | 159.08 |