UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRISTOUT BOURGUIGNON : | |
| : | PRISONER CASE NO. |
| v. : | 3:01-cv-1597(JCH) |
| : | |
| JONATHAN DIMIRJIAN : | AUGUST 20, 2007 |

### RULING ON MOTION TO WAIVE FEES [Doc. No. 6]

On October 15, 2001, the court dismissed this case as frivolous. Plaintiff now asks the court to waive the filing fee because he cannot afford to purchase amenities from the commissary. Plaintiff identifies no authority requiring waiver of the filing fee and research has revealed none.

The court takes judicial notice of the response filed to a similar motion in Bourguignon v. Armstrong, 3:06cv259(WIG), in which the State represents that it recently settled a case with plaintiff for $500.00. Although plaintiff may not have had any money in his inmate account at the time he filed this motion, he certainly was aware of the settlement. The court concludes that plaintiff's protestations of poverty are disingenuous and the motion for waiver of fees [**Doc. No. 6**] is **DENIED**.

**SO ORDERED** this 20th day of August, 2007, at Bridgeport, Connecticut.

                                                      /s/ Janet C. Hall
                                                    Janet C. Hall
                                                    United States District Judge